United States Bankruptcy Court
District of Rhode Island

In re:  
William B. Dicksen  
Dolores V. Dicksen  
    Debtors

Case No. 15-11016-DF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0103-1     User: carolsy     Page 1 of 1     Date Rcvd: May 22, 2019  
                Form ID: pdfdoc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2019.
```
db/jdb       #+William B. Dicksen,    Dolores V. Dicksen,   3191 Kernan Lake Circle #306,
               Jacksonville, FL 32246-3339
intp           State of RI - Division of Taxation,    RI Division of Taxation,    Bankruptcy Unit,
               One Capitol Hill,    Providence, RI  02908-5800
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
acc           +E-mail/Text: ebn@vlpc.com May 22 2019 18:21:32      Craig R. Jalbert,    Verdolino & Lowey, P.C.,
               124 Washington Street,    Foxborough, MA 02035-1368
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:
```
          Charles A. Pisaturo, Jr.   on behalf of Trustee Charles A. Pisaturo, Jr. Charlie@pisaturolaw.com,
           Jenn@pisaturolaw.necoxmail.com
          Charles A. Pisaturo, Jr.    Charlie@pisaturolaw.com,
           RI10@ecfcbis.com;Jenn@pisaturolaw.necoxmail.com
          Eva M. Massimino    on behalf of Creditor    PNC Bank, National Association BKECF@bmpc-law.com
          Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov
          T. Michael Banks    on behalf of Joint Debtor Dolores V. Dicksen
           T.MichaelBanks@germanilawoffices.com,   stephen@germanititle.com
          T. Michael Banks    on behalf of Debtor William B. Dicksen T.MichaelBanks@germanilawoffices.com,
           stephen@germanititle.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: William B. Dicksen and Dolores V. Dicksen | BK No. 1:15−bk−11016 |
| Debtor(s) | Chapter 7 |

### **AMENDED** ORDER ALLOWING FINAL FEE COMPENSATION

The request for final fee compensation by Charles A. Pisaturo Jr. in the capacity of Ch. 7 Trustee for fees in the amount of $ 2714.80 and expenses in the amount of $123.17 is:

**GRANTED** in the amount of $2714.80 in fees, and in the amount of $123.17 in expenses, LESS

1. Retainer in the amount of $0.00

2. Interim awards totaling $0.00 in fees, and $0.00 in expenses;

FOR A TOTAL REMAINING PAYMENT OF $2714.80 in fees and $123.17 in expenses.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **5/22/19**

Entered on Docket: **5/22/19**
Document Number: **60-58,51**

157.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*